930 A.2d 1222

IN THE MATTER OF CLAUDE N. STUART,
AN ATTORNEY AT LAW.

September 21, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–062, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **CLAUDE N. STUART** of **DIX HILLS, NEW YORK,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of three months based on discipline imposed in the state of New York that in New Jersey constitutes violations of *RPC* 8.4(c) (conduct involving dishonesty, fraud deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **CLAUDE N. STUART** is hereby suspended from the practice of law for a period of three months retroactive to the date of his suspension from practice in New York, effective October 26, 2005, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.